# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| TERRY M. NEWTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV410-284 |
| | ) |
| HOUSING AUTHORITY OF | ) |
| SAVANNAH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After defendant answered the complaint, plaintiff submitted a motion "ask[ing] the court for additional instruction." (Doc. 12.) He states that he is unfamiliar with legal proceedings because he has "never filed suit against anyone before." (*Id.*) While certain leeway is permitted *pro se* plaintiffs like Newton, the Court cannot litigate for them. Moreover, *pro se* plaintiffs are subject to the same rules governing federal proceedings that apply to all represented litigants. *E.g., Nelson v. Barden*, 145 F. App'x 303, 311 n. 10 (11th Cir. 2005) ("[A] defendant's pro se status in civil litigation generally will not excuse mistakes he makes regarding procedural rules."); *Wayne v. Jarvis*, 197 F.3d 1098, 1104 (11th Cir. 1999)

(liberal construction of the pleading requirements for *pro se* litigants does not equate with liberal deadlines), *overruled on other grounds by Manders v. Lee*, 338 F.3d 1304 (11th Cir. 2003); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[O]nce a pro se IFP litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.").

The Court has already offered what advice it can in its prior order of instructions. (Doc. 5.) Aside from that, Newton is advised that he would be best served by familiarizing himself with the Federal Rules of Civil Procedure and this Court's local rules. These materials are available online at http://www.uscourts.gov/RulesAndPolicies/FederalRulemaking/RulesAndForms.aspx (Federal Rules of Civil Procedure), and http://www.gasd.uscourts.gov/lr/usdcLocalRules.htm (S.D. Ga. Local Rules).

Newton's motion for additional instruction is **DENIED**.

**SO ORDERED** this 12th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA