FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 27 AM 11:50

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRY M. NEWTON,           )
                           )
    Plaintiff,             )
                           )
v.                         )  CASE NO. CV410-284
                           )
HOUSING AUTHORITY OF       )
SAVANNAH,                  )
                           )
    Defendant.             )
                           )

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 29), to which objections have been filed (Doc. 31). After a careful de novo review of the record, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Plaintiff's case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of January 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA