FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 JAN 27 AM 11:50
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TERRY M. NEWTON, | |
| Plaintiff, | |
| v. | CASE NO. CV410-284 |
| HOUSING AUTHORITY OF SAVANNAH, | |
| Defendant. | |

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 29), to which objections have been filed (Doc. 31). After a careful de novo review of the record, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Plaintiff's case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of January 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA